IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REGINELLA CONSTRUCTION COMPANY, LTD., | CIVIL ACTION |
| Plaintiff, | CASE NO: 2:12-cv-01047-GLL |
| v. | JURY TRIAL DEMANDED |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | |
| Defendant. | |

**JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND**

Pursuant to LCvR 7(E), Plaintiff, Reginella Construction Company, Ltd. ("RCCL"), and Defendant, Travelers Casualty and Surety Company of America ("Travelers"), hereby stipulate that Travelers shall have a 14-day extension, until December 14, 2012, to file its Brief in Reply to RCCL's Brief in Opposition to Travelers' Motion to Dismiss.

Dated: <u>November 28, 2012</u>                Respectfully Submitted:

/s/ Joseph L. Luciana, III                    /s/ W. Alan Torrance, Jr.
Joseph L. Luciana, III, Esquire               W. Alan Torrance, Jr., Esquire
Pa. I.D. No. 50268                            PA Id. No. 49592
jluciana@dfllegal.com                         atorrance@dmclaw.com
Kari Horner Ashcroft, Esquire
Pa. I.D. No. 200675                           DICKIE, McCAMEY & CHILCOTE, P.C.
kashcroft@dfllegal.com                        Two PPG Place, Suite 400
                                              Pittsburgh, PA 15222-5402
DINGESS, FOSTER LUCIANA,                      Tel.: 412-392-5326
DAVIDSON & CHLEBOSKI, LLP                     Fax: 412-392-5367
PNC Center, Third Floor
20 Stanwix Street                             Counsel for Defendant,
Pittsburgh, PA 15222                          Travelers Casualty and Surety Company
Tel: 412-926-1800                             of America
Fax: 412-926-1801

Counsel for Plaintiff, RCCL

SO ORDERED, this 30th day of November, 2012.

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge