IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REGINELLA CONSTRUCTION COMPANY, LTD., | CIVIL ACTION |
| Plaintiff, | CASE NO: 2:12-cv-01047-GLL |
| v. | JURY TRIAL DEMANDED |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | |
| Defendant. | |

## JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND

Pursuant to LCvR 7(E), Plaintiff, Reginella Construction Company, Ltd. ("RCCL"), and Defendant, Travelers Casualty and Surety Company of America ("Travelers"), hereby stipulate that Travelers shall have a 14-day extension, until December 14, 2012, to file its Brief in Reply to RCCL's Brief in Opposition to Travelers' Motion to Dismiss.

Dated: November 28, 2012

Respectfully Submitted:

/s/ Joseph L. Luciana, III
Joseph L. Luciana, III, Esquire
Pa. I.D. No. 50268
jluciana@dfllegal.com
Kari Horner Ashcroft, Esquire
Pa. I.D. No. 200675
kashcroft@dfllegal.com

DINGESS, FOSTER LUCIANA,
DAVIDSON & CHLEBOSKI, LLP
PNC Center, Third Floor
20 Stanwix Street
Pittsburgh, PA 15222
Tel: 412-926-1800
Fax: 412-926-1801

Counsel for Plaintiff, RCCL

/s/ W. Alan Torrance, Jr.
W. Alan Torrance, Jr., Esquire
PA Id. No. 49592
atorrance@dmclaw.com

DICKIE, McCAMEY & CHILCOTE, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402
Tel.: 412-392-5326
Fax: 412-392-5367

Counsel for Defendant,
Travelers Casualty and Surety Company
of America

SO ORDERED, this 30th day of November, 2012.

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge